# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135197

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BRUCE ALAN HOWARD,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135197
COA: 277843
Wayne CC: 93-002433-05

_____/

On order of the Court, the application for leave to appeal the September 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



s1217

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk